IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00069-BNB

LYNN EUGENE SCOTT,

      Plaintiff,

v.

MARY CARLSON,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff has submitted to the Court a Complaint and a Motion for Leave to

Proceed Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers that the Plaintiff files in response to this order

must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    __    is not submitted
(2)    __    is not on proper form (must use the court's current form)
(3)    __    is missing original signature by Plaintiffs
(4)    __    is missing affidavit
(5)    __    affidavit is incomplete
(6)    xx    affidavit is not notarized or is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or
                   application
(8)    xx    other: Motion is necessary only if $350.00 filing fee is not paid in advance.
 **Complaint, Petition or Application**:
(10)    __    is not submitted
(11)    xx    is not on proper form (must use the court's Prisoner Complaint form)
(12)    __    is missing an original signature by the prisoner
(13)    __    is missing page nos. ___

(14) ___ uses et al. instead of listing all parties in caption
(15) ___ names in caption do not match names in text
(16) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) ___ other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  Alternatively, Plaintiff may obtain the forms from the United States District Court Clerk's Office at 909 19th Street, Denver, Colorado.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED January 14, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge

2