IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00069-BNB

LYNN EUGENE SCOTT,

    Plaintiff,

v.

MARY CARLSON,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted to the Court a Complaint and a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1)   ___   is not submitted
- (2)   ___   is not on proper form (must use the court's current form)
- (3)   ___   is missing original signature by Plaintiffs
- (4)   ___   is missing affidavit
- (5)   ___   affidavit is incomplete
- (6)   <u>xx</u>   <u>affidavit is not notarized</u> or is not properly notarized
- (7)   ___   names in caption do not match names in caption of complaint, petition or application
- (8)   <u>xx</u>   other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**
- (10)   ___   is not submitted
- (11)   <u>xx</u>   is not on proper form (must use the court's Prisoner Complaint form)
- (12)   ___   is missing an original signature by the prisoner
- (13)   ___   is missing page nos. ___

(14) __   uses et al. instead of listing all parties in caption
(15) __   names in caption do not match names in text
(16) __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) __   other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. Alternatively, Plaintiff may obtain the forms from the United States District Court Clerk's Office at 909 19th Street, Denver, Colorado. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 14, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge