**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No.   13-cv-00069-WJM-KMT

LYNN EUGENE SCOTT,

      Plaintiff,

v.

MARY CARLSON,

      Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in this case and the Order Overruling Defendant's Objection, Adopting the October 9, 2013 Recommendation of the United States Magistrate Judge, Granting Defendant's Motion to Dismiss, and Denying Plaintiff's Motion to Amend Complaint, entered by the Honorable William J. Martínez, United States District Judge, on February 7, 2014,

IT IS ORDERED that the Court ADOPTS the Recommendation (ECF No. 23).

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and the action and complaint are dismissed.   Each party shall pay his or her own costs.

Dated at Denver, Colorado this ____10th____ day of February 2014.

                    BY THE COURT:
                    JEFFREY P. COLWELL, CLERK

                    By:  _s/ Edward P. Butler_____
                    Edward P. Butler, Deputy Clerk